UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON BUTLER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00312-CDB<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 17) |

　　　　Plaintiff Shannon Butler ("Plaintiff") filed this action on March 17, 2022. (ECF No. 1). On November 7, 2022, the parties filed a Stipulation for Voluntary Remand Pursuant to 42 U.S.C. § 405(g) Sentence Four and to Entry of Judgment. (ECF No. 17). The parties note the purpose of the remand is to further develop the record as necessary and issue a new decision. *Id*. The parties request the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id*. Based upon the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED

1. The Stipulation for Voluntary Remand Pursuant to 42 U.S.C. § 405(g) Sentence Four and to Entry of Judgment is GRANTED; and

2. The above-captioned case is remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g) sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in

1

accordance with the parties' Stipulation; and

3. The Clerk of the Court shall enter judgment for Plaintiff and close this case.

IT IS SO ORDERED.

Dated: **November 8, 2022**

UNITED STATES MAGISTRATE JUDGE